```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 13-00260-RNO
Georgette Aretha Davis-Pierre                                       Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5           User: AGarner              Page 1 of 1              Date Rcvd: Jul 12, 2016
                               Form ID: fnldec            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2016.
db             +Georgette Aretha Davis-Pierre,    222 Bellingham Drive,    Bushkill, PA 18324-8896

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              J. Zac Christman    on behalf of Debtor Georgette Aretha Davis-Pierre
               jchristman@newmanwilliams.com, mdaniels@newmanwilliams.com;elizabeth@newmanwilliams.com
              Jerome B Blank    on behalf of Creditor   NATIONSTAR MORTGAGE, LLC pamb@fedphe.com
              John Fisher    on behalf of Creditor    Franklin Security Bank johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              Joseph P Schalk    on behalf of Creditor    Bank of America, N.A. pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    JPMorgan Chase Bank, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Paul William Cressman    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor Georgette Aretha Davis-Pierre
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com
                                                                                              TOTAL: 10

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Georgette Aretha Davis−Pierre  
aka Georgette A. Davis−Pierre, aka Georgette Davis−Pierre, aka Georgette A. Davis, aka Georgette Aretha Davis  
222 Bellingham Drive  
Bushkill, PA 18324

Chapter 13  
Case No. 5:13−bk−00260−RNO

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−1548

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: July 12, 2016

By the Court,

Honorable Robert N. Opel  
United States Bankruptcy Judge  
By: AGarner, Deputy Clerk